IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEAGEN CHASE RUNNING BEAR | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations: 18 U.S.C. §§ 113(a)(1), 113(a)(3), 113(a)(6), 1111, 1512(c)(1), 1153, and 2 |

## COUNT ONE

### Assault Resulting in Serious Bodily Injury

The Grand Jury Charges:

On or about May 4, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DEAGEN CHASE RUNNING BEAR,

an Indian, individually, and by aiding and abetting, did assault Elijah Red Tomahawk, which assault resulted in serious bodily injury to Elijah Red Tomahawk;

In violation of Title 18, United States Code, Sections 113(a)(6), 1153, and 2.

## COUNT TWO

### Assault With a Dangerous Weapon

The Grand Jury Further Charges:

On or about May 4, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DEAGEN CHASE RUNNING BEAR,

an Indian, individually, and by aiding and abetting, did assault Elijah Red Tomahawk with a dangerous weapon, namely, one or more knives, a machete, and a skateboard, with intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3), 1153, and 2.

## COUNT THREE

### Assault With Intent to Commit Murder

The Grand Jury Further Charges:

On or about May 4, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DEAGEN CHASE RUNNING BEAR,

an Indian, individually, and by aiding and abetting, did assault Elijah Red Tomahawk with intent to murder Elijah Red Tomahawk;

In violation of Title 18, United States Code, Sections 113(a)(1), 1153, and 2.

COUNT FOUR

**Second Degree Murder in Indian Country**

The Grand Jury Further Charges:

On or about May 4, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DEAGEN CHASE RUNNING BEAR,

an Indian, individually, and by aiding and abetting, did knowingly, and with malice aforethought, unlawfully kill another, namely, Elijah Red Tomahawk;

In violation of Title 18, United States Code, Sections 1111, 1153, and 2.

## COUNT FIVE

**Tampering**

The Grand Jury Further Charges:

On or about May 4, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DEAGEN CHASE RUNNING BEAR,

knowingly did, and attempted to, alter, destroy, and conceal the body of Elijah Red Tomahawk with the intent to hide the body from law enforcement with the intent to impair the availability of the body in an official proceeding;

In violation of Title 18, United States Code, Section 1512(c)(1).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

BSR/tmg